EVA  CAMPBELL,  RESPONDENT,  *v.*  RIO  GRANDE
WESTERN RAILROAD COMPANY, APPELLANT.

CONSTITUTIONAL LAW—VENUE.

Under Const., art. 8, sec. 5, all actions, civil and criminal, must be commenced and tried in the county in which the causes arise, unless a change of venue be taken, after suit brought in the proper county, in such cases as may be provided by legislative enactment. *Konold* v. *Railway Co.*, 16 Utah 151, affirmed.

(No. 893.    Decided March 2, 1898.)

Appeal from the Second district court, Weber county. H. H. Rolapp, *Judge.*

Action by Eva Campbell, as administratrix of the estate of Malcolm M. Campbell, deceased, against the Rio Grande Western Railroad Company. Judgment for plaintiff, and defendant appeals. *Reversed,*

*Bennett, Harkness, Howat; Bradley & Richards,* for appellant.

*Richards & Macmillan* and *A. E. Pratt,* for respondent.

Bartch, J.:

The plaintiff, as administratrix, commenced this action in the district court of Weber county to recover damages for the death of her husband, which, she claims, was caused through the negligence of the defendant. Before and at the time of trial the defendant challenged the jurisdiction of the court to try the cause by motion and affidavit, but the motion was denied, the case tried, a verdict returned, and judgment entered in favor of the plaintiff. This appeal is from the judgment.

As shown by the record, the facts herein respecting the question of jurisdiction of the district court of Weber county to try the cause are exactly the same as those referring to the same question in the case of *Konold* v. *Railway Co.*, 16 Utah, 151. The deceased herein was killed in the same accident in which the plaintiff therein was injured, the accident having occurred in Emery county. Therefore, on the authority of that case, this one must be reversed, and the cause remanded, with directions to the court below to dismiss the action. It is so ordered.

Zane, C. J., and Miner, J., concur.